UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LISA M. JACKSON, | ) | CASE NO. 3:13-CV-2199 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE MCHARGH |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | **JUDGMENT ENTRY** |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's Memorandum Opinion & Order filed November 7, 2014, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED.**

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: November 7, 2014.